■ In the Matter of LEONALDO RIVERA, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, et al., Respondents. [20 NYS3d 918]—Appeal from a judgment of the Supreme Court (Melkonian, J.), entered February 3, 2015 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent Commissioner of Corrections and Community Supervision withholding good time credit.

Petitioner commenced this CPLR article 78 proceeding challenging a determination of the Time Allowance Committee that withheld good time allowance based upon his failure to complete certain treatment programs. Supreme Court dismissed the petition and this appeal ensued. The Attorney General has advised the Court that petitioner reached the maximum expiration date of his sentence and has been released from prison. Accordingly, this appeal must be dis-

missed as moot (*see Matter of Levola v Fischer*, 87 AD3d 1191, 1191 [2011]; *Matter of Johnson v New York State Dept. of Correctional Servs.*, 70 AD3d 1081, 1081 [2010]).

Peters, P.J., Garry, Egan Jr. and Clark, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.